# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:15-CV-079-RLV-DCK

| | |
|---|---|
| KYLE LANG HOUSTON, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| NATHAN S. McGUIRE; CELLULAR SALES OF NORTH CAROLINA, LLC; and CELLULAR SALES MANAGEMENT GROUP, LLC, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) filed by Michael P. Thomas, concerning Robert L. Bowman, on June 25, 2015. Mr. Bowman seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) is **GRANTED.** Mr. Bowman is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: June 26, 2015

_____
David C. Keesler
United States Magistrate Judge