IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-079-RLV-DCK

| | |
|---|---|
| KYLE LANG HOUSTON, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| NATHAN S. MCGUIRE; CELLULAR SALES OF NORTH CAROLINA, LLC; and CELLULAR SALES MANAGEMENT GROUP, LLC, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Consent Motion For Extension Of Time To File Answer Or Other Responsive Pleading" (Document No. 6) filed June 29, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendants' "Consent Motion For Extension Of Time To File Answer Or Other Responsive Pleading" (Document No. 6) is **GRANTED**. Defendants' deadline to file any other responsive pleading under Rule 12 is hereby extended until the date ten (10) days after the date on which their Motion to Compel Arbitration is ruled on, if a responsive pleading is still required after the court's ruling on that Motion to Compel Arbitration.

Signed: July 3, 2015

David C. Keesler
United States Magistrate Judge