IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-079-RLV-DCK

| | |
|---|---|
| KYLE LANG HOUSTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATHAN S. MCGUIRE; CELLULAR SALES ) <br> OF NORTH CAROLINA, LLC; and ) <br> CELLULAR SALES MANAGEMENT ) <br> GROUP, LLC, ) <br> ) <br> Defendants. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Motion To Stay Pending Arbitration And To Enforce Arbitration Agreement" (Document No. 7) filed June 30, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, for good cause shown, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendants' Motion To Stay Pending Arbitration And To Enforce Arbitration Agreement" (Document No. 7) is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall file Status Reports, jointly if possible, on **October 1, 2015**, and every **sixty (60)** days thereafter.

**SO ORDERED**.

Signed: July 27, 2015

David C. Keesler
United States Magistrate Judge