IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-00079-RLV-DCK

| | |
|---|---|
| KYLE LANG HOUSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| NATHAN S. MCGUIRE; CELLULAR SALES OF NORTH CAROLINA, LLC; AND CELLULAR SALES MANAGEMENT GROUP, LLC, | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on its own motion and upon a *sua sponte* review of its docket. On July 27, 2015, the Court granted the Defendants' Motion to Stay Pending Arbitration and to Enforce Arbitration Agreement. [Doc. No. 11]. The Court further ordered the parties to provide the Court with a status update on October 1, 2015 and again every sixty (60) days thereafter. Id. On October 1, 2015, the parties filed a status update with the Court. [Doc. No. 12]. However, sixty days have now passed since the parties' last update.

Accordingly, the parties are hereby **ORDERED** to provide the Court with a joint status update no later than close of business on December 4, 2015.

**SO ORDERED**.

Signed: December 3, 2015

Richard L. Voorhees
United States District Judge