IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-079-RLV-DCK

| KYLE LANG HOUSTON, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| NATHAN S. MCGUIRE; CELLULAR SALES OF NORTH CAROLINA, LLC; and CELLULAR SALES MANAGEMENT GROUP, LLC, | ) |  |
| Defendants. | ) |  |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case. In the "Status Report" (Document No. 19) filed June 10, 2016, Defendant states that "an appropriate motion to confirm the arbitration award will be filed in the near future." To date, no motion has been filed.

**IT IS, THEREFORE, ORDERED** that the parties shall file a motion to confirm arbitration on or before **July 22, 2016**.

**SO ORDERED**.

Signed: June 22, 2016

David C. Keesler
United States Magistrate Judge