# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:15-CV-00079-RLV-DCK

| | |
|---|---|
| KYLE LANG HOUSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NATHAN S. MCGUIRE; CELLULAR ) | |
| SALES OF NORTH CAROLINA, LLC; ) | |
| AND CELLULAR SALES ) | |
| MANAGEMENT GROUP, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Defendants' Motion to Confirm Arbitration Award (the "Motion"). [Doc. No. 21]. The Motion is unopposed. Having reviewed the Defendants' request, the record as a whole, and relevant law, the Court hereby **GRANTS** the Motion.

**IT IS HEREBY ORDERED THAT**

1. The Arbitrator's Award in the matter of *Kyle Houston v. McGuire, et al.*, American Arbitration Association Case No. 01-15-0005-0079, dismissing all of Plaintiff's claims is **HEREBY CONFIRMED**, pursuant to the Federal Arbitration Act (the "FAA"), 9 U.S.C. § 9.

2. No grounds exist under 9 U.S.C. §§ 10-11 to vacate, modify or otherwise correct the Arbitrator's Award in the above-cited matter, and Defendants have satisfied any and all necessary preconditions to the confirmation of the arbitration Award and entry of judgment in this matter.

3. The Clerk is, accordingly, **HEREBY DIRECTED** to enter Judgment in favor of the Defendants and against the Plaintiff.

4. Plaintiff and Defendants shall each bear their own attorney fees and costs incurred in connection with the prosecution and defense of all claims in this matter.

**SO ORDERED**.

Signed: August 15, 2016

Richard L. Voorhees
United States District Judge