# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Kyle Lang Houston, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:15-cv-00079-RLV-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Cellular Sales of North Carolina, LLC | ) | |
| Nathan S. McGuire | ) | |
| Cellular Sales Management Group, LLC, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in favor of the defendants and against the plaintiff in accordance with the Court's August 15, 2016, Order. Plaintiff and Defendants shall each bear their own attorney fees and costs incurred in connection with the prosecution and defense of all claims in this matter.

Signed: August 15, 2016

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court